# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

### ORDER OF PRODUCTION



FILED BY ___𝒮𝒫___ D.C.

05 AUG 11 PM 1:43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

NO: 1:03-10083-01-T
USA v. KEVOUS MCKINNEY
AD      Prosequendum
FOR: RE-SENTENCING HEARING

TO:   USM, Western District of TN
      Warden, __HARDEMAN COUNTY CORRECTIONAL FACILITY__
              P. O. BOX 549, WHITEVILLE, TN   38075

YOU ARE HEREBY COMMANDED to have the person of __KEVOUS MCKINNEY__, Inmate # __#18731-076 / 00254416 (TDOC)__, by you restrained of his/her liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at** __9:00__ **a.m. on the** __9th__ **day of** __September__, 20__05__, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS __11th__ DAY OF __August, 2005__.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __8/12/05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 1:03-CR-10083 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT